IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40267
Summary Calendar
_____

ODAN BEN BOWMAN,

Plaintiff-Appellant,

versus

JAMES A. COLLINS, Director,
Texas Department of Criminal Justice,
Institutional Division, ET AL.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:92-CV-334
- - - - - - - - - -

February 8, 1996

Before KING, SMITH, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Texas prisoner Odan Ben Bowman appeals the dismissal of his civil rights action against several prison employees. Bowman contends that the district court erred by denying his proposed witness lists; holding him to the standards applicable to attorneys; dismissing his claims against defendants Jackson, Arnold and Hall for failing to serve them; denying his motion for

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

appointment of counsel; dismissing his claims surrounding the use

of force by defendant Fortner, the medical care he received following that use of force, and his claims that guards forced him to shave and that defendant Green punished him despite a clipper-shave pass Bowman believed permitted him to avoid shaving; and by imposing a $60 partial filing fee on him.

We have reviewed the record and the briefs of the parties and we find no reversible error.  We therefore affirm for essentially the reasons given by the district court.

AFFIRMED.